CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 0 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

MELANIE A. KIMREY,                    )
                                      )        **Civil Action No. 7:07CV00416**
     Plaintiff,                   )
                                      )        **ORDER**
                                      )
v.                                    )
                                      )        **By: Samuel G. Wilson**
                                      )        **United States District Judge**
AMERICAN BANKERS LIFE                 )
ASSURANCE COMPANY                     )
OF FLORIDA,                           )
                                      )
     Defendant.                   )

For the reasons stated in the memorandum opinion entered this day, it is **ORDERED** and

**ADJUDGED** that all of American Bankers Life Assurance Company's pending motions are

**DENIED.**

    **ENTER:** This 20th day of March, 2008.

UNITED STATES DISTRICT JUDGE